1. kim velasquez  T-73607

2. C.S.A.T.F. SP. PO.BOX.5242

3. Corcoran, CA. 93212



FILED
FEB X 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5.            UNITED STATES DISTRICT COURT , NORTHERN

6.                     DISTRICT OF CALIFORNIA.

7.  kim velasquez ,(petitioner).   Case No:CV-07-6479

8.        V

9.  Monterey County;              MOTION AND DECLARATION FOR
    Salinas County Jail et.,al.   APPOINTMENT OF COUNSEL

12.   Petitioner, kim velasquez       moves the Court for an order appoin-

13. ting counsel at public expense.28USC §1915 (e) (1)2254 (h);18USC

14. §3006 A.

15.   Petitioner in the above styled cause of action, acting in pro-

16. per persona herein for the limited purposes stated below,and re-

17. spectfully moves this Honorable Court for an order appointing co-

18. unsel to represent him in any and all further proceedings against

19. him that may affect his present or future economic interests, or

20. in the alternative, order his personal appearance at all such

21. future hearings, including law and motions, as may require.

22. Counsel should be appointed because petitioner is illiterate

23. (layman at law),suffers from a mental and physical disability

24. and is unable to proceed alone.

25.              MEMORANDUM OF POINTS AND AUTHORITIES

26. Petitioner submits the following points and authorities in supp-

27. ort of this motion; as well as exhibits.

28.                         Page 1 of 3



ORIGINAL

K.V.

1   　　　　　An indigent prisoner who is in a civil
2   　　　　　action is entitiled to access to the
3   　　　　　courts to be heard in his defense.
4   Our Supreme Court decided that as a matter of both due process
5   and equal protection under both the Federal and California Con-
6   stitutions, an indigent prisoner who is in a bona fide legal-
7   action threatening his interests be entitled to be represented.
8   It must be remembered that, however soon liability and damages
9   are litigated, cannot possibly take wing until release from pri-
10  son.
11  In an appropriate case, and as a last alternative,appointment of
12  counsel may be the only way to provide an incarcerated, indigent
13  access to the courts for the protection of threatened personal
14  and property rights.
15  Payne v Superior Court (1976) 17 Cal.3d 908, 919,927;132 Cal.Rptr
16  405; 55 P.3d 565.Kreiling v Field (9th Cir.1970)431 F2d 638.
17  CONCLUSION:therefore based on the foregoing,this court,when and
18  where should hold an evidentiary hearing at which it should make
19  findings of fact and conclusions in the law which it should ex-
20  ercise its informed discretion and grant petitioner such relief
21  as protects his rights of access to this court to defend herein.
22  This motion is hereby made by these pleadings on the grounds that
23  as a matter of state and Federal due process and equal protection
24  petitioner is entitled to access to a civil and fair tribunal.
25  This motion and the attached declaration and memorandum of points
26  and authorities filed herewith, on all the papers, exhibits on
27  records in this action, and on such further evidence as may here-
28  after be admitted in any evidentiary hearing held pursuant to

Page 2 of 3

ORIGINAL

1 | this motion.
2 |
3 | Dated: 1/29/08                                    *Kim Velasguez*
4 |                                                   Respectfully submitted
                                                      In pro-per.
5 |
6 |                              (VERIFICATION)
7 | I Kim Velasguez, do declare under the penalty of perjury that the
8 | foregoing is true to the best of my knowledge, and that this de-
9 | claration was executed on the 29th day of JAN.Here at Corcoran,
10 | CA.93212.
11 |
12 |                                                  *Kim Velasguez*
13 |                                                  Petitioner/Proper.
14 | *Richard Lopez*
15 | *Richard Lopez*
16 | Next friend/witness
17 | Dated:1/29/08.
18 |
19 |
20 |
21 |
22 | ORIGINAL
23 |
24 |
25 |
26 |
27 |
28 |                              Page 3 of 3

```
            CALIFORNIA DEPARTMENT OF CORRECTIONS
                    SATF/SP AT CORCORAN
                 INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

         FOR THE PERIOD: JUN. 01, 2007 THRU JAN. 10, 2008

ACCOUNT NUMBER : T73607           BED/CELL NUMBER: FEGYM 000000115L
ACCOUNT NAME   : VELASQUEZ, KIM   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                        CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE     DESCRIPTION            COMMENT      HOLD AMOUNT
  ---------- ----     -----------            -------      -----------
  03/22/2007 H110     COPIES HOLD            4472/COPY           1.20
  12/21/2007 H118     LEGAL COPIES HOLD      3376/12-19          1.00
  12/21/2007 H109     LEGAL POSTAGE HOLD     3376/12-19          2.85
  01/04/2008 H118     LEGAL COPIES HOLD      3468/12-27          1.90
  01/04/2008 H118     LEGAL COPIES HOLD      3468/12-26          1.50
  01/04/2008 H109     LEGAL POSTAGE HOLD     3472/12-19          1.47
  01/04/2008 H109     LEGAL POSTAGE HOLD     3472/12-20          3.25
  01/08/2008 H109     LEGAL POSTAGE HOLD     3535/12-27          1.47
  01/08/2008 H109     LEGAL POSTAGE HOLD     3535/01-02          1.40

                        TRUST ACCOUNT SUMMARY
  BEGINNING   TOTAL       TOTAL        CURRENT    HOLDS     TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS  BALANCE    BALANCE   TO BE POSTED
  ---------   --------    -----------  -------    -------   ------------
     0.00       0.00         0.00        0.00      16.04         0.00

                                            CURRENT
                                            AVAILABLE
                                            BALANCE
                                            ---------
                                               16.04-
```





THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Colwell_  1-10-08
　　TRUST OFFICE

| STATE OF CALIFORNIA GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | DEPARTMENT OF CORRECTIONS |
|---|---|---|

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 12/19/07 | Records | Velasquez | J-73607 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| E-GYM- | 115 Lower | Student | 8 | 3 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)   ASSIGNMENT HOURS FROM 8 TO 3

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Need this form and "Certificate of Funds" sent to enclosed envelope. Thank you.

---

INTERVIEWED BY: J Colwell AOS       2007 DEC 28 AM 10:56       DATE: 1-10-08

DISPOSITION:

cc:

RECEIVED ON JAN 15, 08
FR: COUNSORLER HERNANDEZ


COPY

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

Kim Velasquez, Plaintiff,

vs.

Monterey County; Salinas County Jail et, al, Defendant.

CASE NO. CV-07-6479

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kim Velasquez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____    Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                           Yes ____ No __✓__
10         self employment
11    b.   Income from stocks, bonds,                        Yes ____ No __✓__
12         or royalties?
13    c.   Rent payments?                                    Yes ____ No __✓__
14    d.   Pensions, annuities, or                           Yes ____ No __✓__
15         life insurance payments?
16    e.   Federal or State welfare payments,                Yes ____ No __✓__
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                                   Yes ____ No __✓__
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____—0—_____ Net $_____—0—_____
28  4.    a.   List amount you contribute to your spouse's support:$ ____—0—____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5      N/A
6
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ 0     Amount of Mortgage: $ 0
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make N/A    Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ 0
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No ✓ Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.    What are your monthly expenses?
22 Rent: $ N/A       Utilities: N/A
23 Food: $  ''        Clothing: ''
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 N/A       $ _____        $ _____
27 ''        $ _____        $ _____
28 ''        $ _____        $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

California Victim Compensation and Government Claims Board, P.O. Box 3035 Sacto, Ca. 95812

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/19/07                    K. Velasquez
DATE                         SIGNATURE OF APPLICANT

COPY

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

Case Number: No CV-07-6479

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Kim Velasquez__ for the last six months
[prisoner name]
__CSATF/SP et Corcoran__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0__.

Dated: __1-10-08__        __T Colwell__
                        [Authorized officer of the institution]

COPY

- 5 -