UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

Kim Velasquez

v.

Monterey County;

Salinas County Jail et, al,

Case Number: No: CV-07-6479 TEH

PROOF OF SERVICE
BY MAIL

I hereby certify that on 1/29/08, I served a copy of the attached Motion for attorney / account verification by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at P.O. Box 5242 Corcoran, Ca 93212

(List Name and Address of Each Defendant or Attorney Served)    U.S. District Court (Northern Dist,
"          "        "      (Eastern Dist)

I declare under penalty of perjury that the foregoing is true and correct.

+ K. Velasquez
(Name of Person Completing Service)

Richard ____
Next friend