FILED

08 FEB

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

*Kim Velasquez*

v.

*Monterey County;*
*Salinas County, Jail et., al.*

Case Number: *CV-07-6429 TEH*

PROOF OF SERVICE
BY MAIL

I hereby certify that on *1/31/08* , I served a copy

of the attached *Supplement for motion for Counsel*,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the United States Mail at *P.O. Box 5242* :

(List Name and Address of Each
Defendant or Attorney Served)

*U.S. DISTRICT COURT NORTHERN*
*" " " Eastern*

I declare under penalty of perjury that the foregoing is true and correct.

*Velasquez*
(Name of Person Completing Service)

