1  KIM VELASQUEZ T-73607
2  C.S.A.T.F. SP. E-GYM-115-Low
3  PO. BOX. 5242
4  CORCORAN,CA.93212



7  IN THE UNITED STATES COURT FOR THE
8  NORTHERN DISTRICT OF CALIFORNIA

10  KIM VELASOUEZ(plaintiff)    Case no:CV-07-6479 _TH_
                                ORDER GRANTING PLAINTIFF'S MOTION
11      V                       TO STAY AND ABEYANCE.Instruction
                                for the clerk.
12  MONTEREY COUNTY;SALINAS
    COUNTY JAIL et.,al.
13  Respondent(s)

15  Plaintiff, Kim Velasquez, a state prisoner proceeding pro se
16  filed a 42 U.S.C. 1983 pettion, on or about 12/19/07.
17  Now moves the above entitiled court to dismiss the 42 U.S.C.
18  1983 petition without prejudice, and or grant a stay and abey-
19  ance, so as to cure deficienties.which are (presumably in the
20  best interest of the plaintiff.),unexhausted claims, and have
21  either,or,not been presented to all county, state courts and re-
22  pondents. Plaintiff, has requested from the county supervisors
23  claims response but to no avail. Plaintiff, has also filed a bo-
24  ard of control claim,which was rejected, based on non- jurisdi-
25  ction.Plaintiff, has been in and out of medicla treatment/medica-
26  tions for the last two years, due too the trauma involved.
27  Claimant.is a ADA,and presently being assisted by NEXT FRIEND,Ri-
28  chard Lopez.

Page 1 of 3

DECLARATION

I KIM VELASQUEZ, DO DECLARE UNDER THE PENALTY OF PERJURY, THAT THE FORTHGOING INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE, HEREIN AT C.S.A.T.F. SP. PO.BOX.5242.CORCORAN, CA.93212.

Dated: 2/5/08.

*Kim Velasquez*
Plaintiff. Kim Velasquez

*Richard Lopez*
Next friend. Richard Lopez

POINTS AND AUTHORITIES

1  Plaintiff, does not deliberately abuse the writ (1) he left cl-
2  aims out of a previous federal petition because he believed in
3  good faith that his claims would be barred untill he had exha-
4  uted state remedies. Sanders v US (1983) 373 US 118. Neyschafer
5  v Whitley (CA9. 1988) 860 F.2d 1470,1472. In re Catalano (1981)
6  29 Cal.3d 1 171 Cal Rptr. 667.).
7  If the petition is not frivolous, but is simply deficient in
8  some way that can be remedied by amending it, the preferable
9  procedure is for the court to dismiss the petition with leave
10 to amend, noting the deficiency. Pembrook v Wilson (9th Cir -
11 1966) 370 F.2d 37. Noll v Calson (9th Cir 1987)809 F.2d 1446;
12 "Next Friend" petitions should be used only if there is no oth-
13 er alternative.,Whitmore v Arkansas (1990) 495 US 149,161.
14 Wilson v DIxon (9th Cir 1958) 256 F.2d 536.

18 Kim Velasques
   Respectfully Submitted.

# PROOF OF SERVICE BY MAIL

[CCP sec.1013A & 2015.5; 28 U. S. C. sec. 1746]

I, _Kim Velasquez_ AM A RESIDENT OF THE COUNTY OF _____, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS AND (NOT) (A) PARTY TO THE FOREGOING ATTACHED CAUSE OF ACTION. MY CURRENT ADDRESS IS:

(NAME)(CDC#)
(BLDG. & CELL #)
PO Box #
CSATF/SP
CORCORAN, CALIFORNIA 93212-5242

ON THE _5_ DAY OF _feb._, 200_8_ I SERVED OR CAUSED TO BE SERVED THE FOLLOWING DOCUMENTS:
1. _Motion to Stay_
2. 
3. 
4. 
5. 

ON THE FOLLOWING NAMED PARTY(S), AND ADDRESSED AS FOLLOWS:
1. _Northern Dist_          2. _Eastern Dist. Court_
   _U.S. Court_                _Fresno, Ca_
   _San Francisco_
   _Ca._

3.                           4.

THERE IS REGULAR DELIVERY BY UNITED STATES MAIL AT THE PLACE ADDRESSED, AND/OR THERE IS REGULAR COMMUNICATION BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: _feb, 5_ 200_8_   _Kim Velasquez_
                         DECLARANT / PETITIONER / PLAINTIFF IN PRO PER