1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   KIM VELASQUEZ,                  )   No. C 07-06479 TEH (PR)
                                    )
10              Plaintiff,          )   JUDGMENT
                                    )
11      vs.                         )
                                    )
12  MONTEREY COUNTY, et al.,        )
                                    )
13              Defendants.         )
                                    )
14  _____ )
15
16          For the reasons stated on the order granting Plaintiff's motion for voluntary
17  dismissal, this case is DISMISSED without prejudice.  Judgment is entered
    accordingly.
18
19
    DATED:      4/28/2008
20                                     THELTON E. HENDERSON
21                                     United States District Judge
22
23
24
25
26
27
28